IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01260–MSK–KMT


DAVID WILKINS, and
KURTIS HOEVEN,

      Plaintiffs,

v.

NEO-NEON LED USA HOLDINGS LIMITED,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion for Protective Order" (Doc. No. 26, filed Sept. 20, 2011) is GRANTED.  The
Protective Order will be entered.

Dated: September 22, 2011