IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01260–MSK–KMT

DAVID WILKINS, and
KURTIS HOEVEN,

    Plaintiffs,

v.

NEO-NEON LED USA HOLDINGS LIMITED,

    Defendant.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on "Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and, Alternatively, Motion to Stay This Action Pending Completion of Mandatory Arbitration." (Doc. No. 8, filed June 2, 2011.) The parties were directed to file a joint status report no later than September 26, 2011 advising the court as to whether the Evidentiary Hearing Defendant's Motion to Dismiss—which was previously set for September 16, 2011—should be reset for a latter date. (*See* Doc. No. 24, filed Sept. 14, 2011.) A "Joint Status Report and Plaintiffs' Request for Status and Settlement Conference" was filed on September 26, 2011 (Doc. No. 30); however, the substance of the Joint Status Report did not properly respond to the court's September 14th Minute Order.

Accordingly, an **Evidentiary Hearing** regarding Defendant's Motion to Dismiss (Doc. No. 8) is set for **October 11, 2011 at 1:30 p.m.** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. The evidence and arguments presented at the evidentiary hearing shall be limited to the issue of whether this court has personal jurisdiction over Defendant Neo-Neon LED USA Holdings Limited.

Dated: October 3, 2011