IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01260–MSK–KMT

DAVID WILKINS, and
KURTIS HOEVEN,

      Plaintiffs,

v.

NEO-NEON LED USA HOLDINGS LIMITED,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Based on the parties' representation that this case has now reached a settlement, the "Joint Motion to Vacate Evidentiary Hearing" (Doc. No. 35, filed Oct. 6, 2011) is GRANTED. The Evidentiary Hearing set for October 11, 2011 at 1:30 p.m. is VACATED. The parties shall file stipulated dismissal papers no later than November 6, 2011.

It is further ORDERED that the Evidentiary Hearing is reset for **December 12, 2011 at 9:00 a.m.** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. The Evidentiary Hearing will not be vacated unless the parties have filed stipulated dismissal papers or demonstrated extraordinary cause.

Dated: October 7, 2011